UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IPLEARN-FOCUS, LLC,

        Plaintiff,

   v.

MICROSOFT CORP.,

        Defendant.

Case No.  14-cv-00151-JD

**ORDER RECALLING DISCOVERY**

On March 31, 2014, Judge Davila referred this case to a magistrate judge for discovery. The Court now recalls discovery in this case and orders all future discovery disputes to be submitted to this Court. The parties are advised to review and comply with the Court's Standing Order for Discovery in Civil Cases.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
JAMES DONATO
United States District Judge